UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZTUN KAZTASHYAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:25-cv-1526-DC-SCR<br><br><br><br>ORDER |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to show cause why the writ should not be granted by filing an answer/return within 14 days from the date of this order. See 28 U.S.C. § 2243. Petitioner may file a reply/traverse to the answer/return within 7 days after being served a copy of it.

In accordance with the above, IT IS HEREBY ORDERED that:

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

1. Respondent is directed to file an answer/return within 14 days from the date of this order. If an answer/return is filed, respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

2. Petitioner's reply/traverse, if any, is due within 7 days after being served a copy of respondent's answer/return.

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

Dated: November 13, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE