UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTUN KARTASHYAN, | No. 1:25-cv-01526-DC-SCR (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | (Doc. Nos. 5, 16) |
| Respondents. | |

Petitioner Martun Kartashyan, a federal immigration detainee proceeding through appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 26, 2025, Respondents filed a motion to dismiss the petition for writ of habeas corpus. (Doc. No. 5.)

On December 31, 2025, the magistrate judge filed findings and recommendations recommending Respondents' motion to dismiss be denied and the petition for writ of habeas corpus be granted. (Doc. No. 16.) The findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within seven (7) days. (*Id*. at 14.) The parties have not filed objections to the findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on December 31, 2025 (Doc. No. 16) are ADOPTED in full;

2. Respondents motion to dismiss (Doc. No. 5) is DENIED;

3. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is GRANTED;

4. Respondents must provide Petitioner with a constitutionally compliant bond hearing by no later than seven (7) days from the entry date of this order;

5. At the bond hearing, the government bears the burden to justify, by clear and convincing evidence Petitioner's continued detention;

6. Respondents are further directed to file a notice of compliance within ten (10) days from the date of this order confirming the date and result of the bond hearing; and

7. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 13, 2026**

_____
Dena Coggins
United States District Judge

2